1
2
3
4

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

5
6  BAXTER AIR, INC.,
7                          Plaintiff,
8                  vs.
9  NOS COMMUNICATIONS, INC., et al.,
10                         Defendant.
11

C05-2219 MJP

**MINUTE ORDER**

**REASSIGNING CASE**

12
13
14          Pursuant to the Amended General Order entered by the Chief Judge on
15  November 3, 2004, this action has been reassigned to the Honorable Marsha J. Pechman, United
16  States District Judge.
17          All future documents filed in this case must bear the cause number C05-2219 MJP and
18  bear the Judge's name in the upper right hand corner of the document.
19
20
21
22
23          Dated this 3rd day of January, 2006
24
25          BRUCE RIFKIN
            Clerk of Court
26
27          by: /s/   PETER H. VOELKER
                     Peter H. Voelker, Deputy Clerk
28